**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20591** |
| **MARATHON HEALTHCARE GROUP, LLC** | ) | **CHAPTER 7** |
| **----------------------------------** | ) | **ADV. PRO. NO. 10-02020** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **September 30, 2010** |
| **IMAGE INK INCORPORATED** | ) | |
| **Defendant** | ) | |

**MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF JUDGMENT**

TO THE HONORABLE, ALBERT S. DABROWSKI UNITED STATES BANKRUPTCY JUDGE:

1. Movant is the duly qualified and acting Trustee in this case.

2. The above-captioned Debtor filed a petition for relief pursuant to Chapter7 of the United States Bankruptcy Code on January 7, 2009.

3. During the course of his examination of the books and records of the Debtor, the Trustee determined that Image Ink Incorporated was the recipient of the aggregate amount of Nine Thousand Three Hundred Fourteen and 08/100 ($9,314.08) Dollars during the ninety (90) day period immediately preceding the filing of the Debtor’s bankruptcy case. The Trustee commenced an adversary proceeding against Image Ink Incorporated to recover this sum, and judgment entered against Image Ink Incorporated in the amount of $9,314.08 by Order dated June 24, 2010.

4. Movant has been offered the sum of Four Thousand Six Hundred Fifty Seven and 00/100 ($4,657.00) Dollars in full satisfaction and settlement of the judgment. Said payment shall be made in good and sufficient bank funds in twelve (12) equal installments of Three Hundred Eighty Eight and 08/100 ($388.08) Dollars. The first payment shall be due not later than the first day of the month following the entry of the Order approving this compromise, and each of the eleven subsequent payments shall be due not later than the first day of each of the eleven months following.

5. In addition to the cash payment referenced in paragraph 5 hereof, said Image Ink Incorporated, shall be prohibited from making any claim in this proceeding pursuant to Section 502 (h), or otherwise, with respect to the settlement payment which is the subject matter of this Motion.

6. Any release or discharge consequent to the compromise of judgment shall have no force and effect unless and until the entire sum of $4,657.00 is paid to the trustee in good and sufficient bank funds according to the payment schedule set forth above. Time is of the essence. The trustee would not have presented this motion but for time being of the essence. In the event of a default in payment, the trustee shall have all rights and remedies available to a judgment creditor with regard to the entire judgment amount of $9,314.08, plus accrued post judgment interest, plus attorneys fees and costs incurred in collection, less the sum of any payments received prior to such default.

7. The Movant is persuaded that an attempt to collect the full judgment amount by such process as is available would be unlikely to result in collection of a greater sum than is offered in compromise. Movant believes that the settlement is fair and reasonable and in the best interest of the estate and should be approved by the Court. The Movant has considered the probabilities of success, the complexity, expenses, inconvenience and delay of continued litigation, as well as the paramount interest of creditors in his deliberation.

8. The United States Court of Appeals for the Second Circuit has held that a Bankruptcy Court should approve a proposed settlement, after an independent review and evaluation of the applicable principals of bankruptcy law, unless it "falls below the lowest point in range of reasonableness". Coss v. Rodman (In re W.T. Grant Co.), 699 F.2d 599 (2d Cir.) cert.denied, 464 U.S. 822 (1983) (citing Newman v. Stein, 464 F. 2d 689, 692 (2d Cir.). cert. denied, 409 U.S. 1039 (1972).

WHEREFORE, Movant prays that the Court make its Order pursuant to FBRCP 9019(a) approving the above described compromise.

Dated at Glastonbury, Connecticut this 30th day of September, 2010.

Respectfully Submitted

/s/ Thomas C. Boscarino

Thomas C. Boscarino, Trustee
Boscarino, Grasso & Twachtman, LLP
628 Hebron Avenue, Building Three
Glastonbury, CT 06033
Phone No. (860) 659-5657
Federal Bar No. ct05466

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20591** |
| **MARATHON HEALTHCARE GROUP, LLC** | ) | **CHAPTER 7** |
| **----------------------------------** | ) | **ADV. PRO. NO. 10-02020** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **IMAGE INK INCORPORATED** | ) | |
| **Defendant** | ) | |

**PROPOSED ORDER RE: TRUSTEE'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT OF JUDGMENT**

Upon the Trustee's Motion to Approve Compromise and Settlement of Judgment filed by Thomas C. Boscarino, Trustee, dated September 30, 2010, it is hereby:

ORDERED: That the estate may compromise the estate's judgment against Image Ink Incorporated as specified in the Trustee's Motion to Approve Compromise for the sum of Four Thousand Six Hundred Fifty Seven and 00/100 ($4,657.00) Dollars upon those terms and conditions, and specifically those terms and conditions pertaining to time being of the essence, which are set forth in said Motion.

Dated at Hartford, Connecticut this            day of October, 2010.

____________________________________

Albert S. Dabrowski

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-20591(asd)** |
| **MARATHON HEALTHCARE GROUP, LLC** | ) | **CHAPTER 7** |
| **-----------------------------------** | ) | **ADV. PRO. NO. 10-02020** |
| **THOMAS C. BOSCARINO, TRUSTEE** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **IMAGE INK INCORPORATED** | ) | **September 30, 2010** |
| **Defendant** | ) | |

## CERTIFICATION

The undersigned Trustee hereby certifies that on September 30, 2010 in accordance with Rules 7004, 7005, and 9014 F.R.Bank.P., I served a copy of the Motion to Approve Compromise and a copy of the Proposed Order to the following on the parties listed below:

Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Gregory J. Spuches, Esq
Anderson, Reynolds & Lynch, LLP
1 Liberty Square, Ste 208
New Britain, Ct 06051-2637

Dated at Glastonbury, Connecticut on September 30, 2010.

/s/ Thomas C. Boscarino

Thomas C. Boscarino, Esquire
Boscarino, Grasso & Twachtman, LLP
628 Hebron Ave., Building Three
Glastonbury, CT 06033
(860) 659-5657 Telephone
Federal Bar No.: ct05466